IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID NELSON PRYER,

      Plaintiff,                    No. CIV S-09-2895 LKK EFB PS

     vs.

CHARACTER JUDY; CHANNEL 58
TV STATION; 102.5 KISS FM
SACRAMENTO RADIO STATION;
MUSICIAN; CITY OF SACRAMENTO;

      Defendants.           <u>ORDER</u>
_____/

      Plaintiff is a state prisoner proceeding without counsel and *in forma pauperis* in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). No initial payment has been assessed. However, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2). The agency having custody of plaintiff is required to forward payments from plaintiff's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fee is paid.

////

////

1   The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's *in forma*
2   *pauperis* application upon the Director of the California Department of Corrections and
3   Rehabilitation and deliver a copy of this order to the Clerk's financial division.
4   SO ORDERED.
5   Dated: April 22, 2010.

　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE