IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID NELSON PRYER,

        Plaintiff,                    No. CIV S-09-2895 LKK EFB PS

    vs.

CHARACTER JUDY; CHANNEL 58
TV STATION; 102.5 KISS FM
SACRAMENTO RADIO STATION;
MUSICIAN; CITY OF SACRAMENTO;

        Defendants.           <u>ORDER</u>
_____/

        Plaintiff is a prisoner who is proceeding without counsel and *in forma pauperis* in an action brought under 42 U.S.C. § 1983. This action was referred to the undersigned pursuant to Local Rule 302 and 28 U.S.C. § 636(b)(1).

        On April 23, 2010, the undersigned issued an order granting plaintiff's request to proceed *in forma pauperis* and dismissing plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2) for failure to name proper defendants. Dckt. No. 3. The order provided plaintiff with thirty days to file an amended complaint. *Id.* at 5. Plaintiff did not timely file an amended complaint. However, on July 13, 2010, plaintiff filed a motion for reconsideration of the April 23 order and a motion to amend his complaint. Dckt. Nos. 5, 6.

////

Although plaintiff's motion to amend does not indicate why plaintiff failed to timely file an amended complaint, the motion is nonetheless granted. Plaintiff shall have thirty days from the date of this order to file an amended complaint that is consistent with the April 23 order. Further, because plaintiff's motion to amend is granted, plaintiff's motion for reconsideration is denied as unnecessary.

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for reconsideration, Dckt. No. 5, is denied;

2. Plaintiff's motion to amend, Dckt. No. 6, is granted; and

3. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that is consistent with the April 23, 2010 order. The amended complaint must bear the docket number assigned to this case and must be labeled "Amended Complaint." Plaintiff must file an original and two copies of the amended complaint. Failure to timely file an amended complaint in accordance with this order will result in a recommendation this action be dismissed.

DATED: September 2, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2